**No. 09-1259. John Lonberg, Petitioner v. City of Riverside, California.**

562 U.S. 829, 131 S. Ct. 78, 178 L. Ed. 2d 26, 2010 U.S. LEXIS 6408.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 571 F.3d 846.

**No. 09-1270. University of South Carolina, Petitioner v. University of Southern California.**

562 U.S. 829, 131 S. Ct. 387, 178 L. Ed. 2d 26, 2010 U.S. LEXIS 6303.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 367 Fed. Appx. 129.

**No. 09-1271. Ronald E. Byers, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 829, 131 S. Ct. 79, 178 L. Ed. 2d 26, 2010 U.S. LEXIS 6230.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 351 Fed. Appx. 161.

**No. 09-1284. Leonard McSherry, Petitioner v. City of Long Beach, California, et al.**

562 U.S. 829, 131 S. Ct. 79, 178 L. Ed. 2d 26, 2010 U.S. LEXIS 6301.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 584 F.3d 1129.

**No. 09-1303. Don W. Smith, et ux., Petitioners v. Michael R. McCarthy, Individually and in His Official Capacity as Deputy Sheriff, Nelson County, Virginia, et al.**

562 U.S. 829, 131 S. Ct. 81, 178 L. Ed. 2d 26, 2010 U.S. LEXIS 6186.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 349 Fed. Appx. 851.

**No. 09-1305. Zurich American Insurance Company, et al., Petitioners v. Pioneer Natural Resources USA, Inc., et al.**

562 U.S. 829, 131 S. Ct. 81, 178 L. Ed. 2d 26, 2010 U.S. LEXIS 6444.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.